# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| David M. Thurston, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00299-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Frye et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's December 3, 2024 Verdict.

December 4, 2024

*Katherine Hord Simon, Clerk*
*United States District Court*